Jerry Dempsey McINTYRE,
Plaintiff–Appellant,

v.

HORRY COUNTY, South Carolina;
Phillip Thompson, Sheriff; JM Sim-
mons, Schp, Defendants–Appellees.

No. 12–2509.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2013.

Decided: April 29, 2013.

Jerry Dempsey McIntyre, Appellant Pro
Se. Edgar Lloyd Willcox, II, Willcox
Buyck & Williams, PA, Florence, South
Carolina, for Appellees.

Before AGEE and WYNN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jerry Dempsey McIntyre seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McIntyre v. Horry County*, No. 4:11–cv–01573–TLW, 2012 WL 6007502 (D.S.C. Dec. 3, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*